# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 19, 2026

Lyle W. Cayce
Clerk

_____

No. 25-10929

_____

Alekzandr Apokalypto,

*Plaintiff—Appellant*,

*versus*

City of Hurst; City of Carrollton; Maggie Rejino,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:25-CV-935

_____

Before Higginbotham, Engelhardt, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Alekzandr Apokalypto, proceeding pro se, appeals the district court's judgment under Federal Rule of Civil Procedure 12(b)(6) dismissing his claims against Defendant City of Hurst with prejudice and his claims against Defendants City of Carrollton and Maggie Rejino without prejudice. After

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10929

reviewing the briefs and the record, with the benefit of liberal construction of Apokalypto's brief, we find no reversible error. Accordingly, the judgment of the district court is AFFIRMED. *See* 5th Cir. R. 47.6.